MARIE J. REACH v. THE AMERICAN TOBACCO CO., ET AL.

February 1, 1988.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.  (See —— N.J. ——) (1987)

DIANE F. WEISS v. ALAN R. WEISS.

November 1, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 281)

ELIZABETH BALSLEY v. NORTH HUNTERDON REGIONAL HIGH SCHOOL BOARD OF EDUCATION.

November 1, 1988.

Petition for certification granted.   (See 225 *N.J.Super.* 221)

STATE OF NEW JERSEY v. STEPHEN CONNORS.

November 1, 1988.

Petition for certification denied.